**Opinion issued February 4, 2021**



In The

# Court of Appeals

For The

## First District of Texas

————————————

**NO. 01-20-00290-CV**

————————————

**TAMMY SUE LESTOURGEON, Appellant**

**V.**

**CERS ENVIRONMENT SERVICES, INC., CERES MULCH, TEXAS ENVIRONMENTAL RECYCLING, ET AL., Appellees**

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-13253**

---

## MEMORANDUM OPINION

Appellant has not paid the filing fee or the fee for preparing the clerk's record and has not made arrangements to pay the fee for preparing the clerk's record. *See See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041; Order Regarding Fees Charged in the Supreme Court, in Civil

Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158. After the Court sent a notice to appellant that the appeal might be dismissed if appellant did not pay the required filing fee, appellant responded by filing a statement of inability to afford costs on appeal. On July 28, 2020, the District Clerk advised that no payment arrangements had been made for filing the clerk's record. The Court notified appellant on July 28, 2020 that, should appellant not pay the fee for preparing the clerk's record, the appeal was subject to dismissal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

On August 13, 2020, the Court issued an order explaining that, to avoid payment for the appellate record, she was required to file the statement of inability to afford payment of court costs in the trial court. *See* TEX. R. CIV. P. 145(a). A supplemental clerk's record was filed showing that appellant had filed a statement of inability to afford payment of court costs in the trial court, but had checked the box declaring that she could not "furnish an appeal bond or pay a cash deposit to appeal a justice court decision," rather than the box declaring she could not afford to pay court costs.

Accordingly, on August 25, 2020, the Court issued another order, notifying appellant that the appeal might be dismissed unless appellant filed a revised statement of inability to afford payment of court costs in the trial court, checking the

proper box, and filed a supplemental clerk's record by September 24, 2020, demonstrating that she had filed the revised statement of inability to afford payment of court costs in the trial court. A supplemental clerk's record was filed with a notation by the district clerk that no revised statement of inability to afford payment of court costs had been filed in the trial court per our order. Appellant has filed no further response to our order.

Accordingly, we dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Countiss, and Farris.